## IN THE DISTRICT COURT FOR
## THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

 Plaintiff,

  v.

STATE OF KANSAS,

 Defendant.

Case No. 5:26-cv-04066

**MOTION FOR ADDITIONAL TIME TO FILE PLEADING UNDER RULE 24**

Proposed Intervenor Governor Laura Kelly respectfully moves the Court to allow additional time to file a pleading under Federal Rule of Civil Procedure Rule 24.

Governor Laura Kelly seeks to intervene in this case due to lack of adequate representation of the State of Kansas's interest by the Kansas Attorney General. On the very same day, the United States, through the Department of Justice (DOJ), sued the State of Kansas, the Kansas Attorney General and DOJ filed a Joint Motion for Entry of Consent Judgment [ECF No. 3]. This Consent Judgment subverts the will of the public's duly-elected representatives and attempts to legislate through non-adversarial litigation.

Due to the potential injury to the State of Kansas if a final judgement is entered prior to substantive briefing on the merits, the Governor respectfully requests this Court to allow for additional time for the Governor to file a forthcoming pleading. The Governor requests 14 days to comply with the requirements under Federal Rule of Civil Procedure Rule 24(c) that the motion to intervene must "be accompanied by a pleading that sets out the claim or defense for which intervention is sought."

Respectfully submitted this 24th day of June, 2026.

s/ Justin Whitten
Justin Whitten
Bar #28344
Attorney for Governor Kelly
Office of the Governor
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612
Phone: (785) 581-3419
Fax: (785) 296-7973
Email: Justin.h.whitten@ks.gov

s/ Ashley Stites-Hubbard
Ashley Stites-Hubbard
Bar #27629
Attorney for Governor Kelly
Office of the Governor
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612
Phone: (785) 581-44001
Fax: (785) 296-7973
Email: ashley.stiteshubbard@ks.gov

s/ Emily Depew
Emily Depew
Bar #30147
Attorney for Governor Kelly
Office of the Governor
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612
Phone: (785) 368-8763
Fax: (785) 296-7973
Email: Emily.Depew@ks.gov