**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO.:** 5:26-cv-04066-HLT-BGS |
| | ) |
| **v.** | ) |
| | ) |
| **STATE OF KANSAS,** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **KANSAS STUDENTS FOR AFFORDABLE TUITION,** | ) |
| | ) |
| **Defendant-Intervenor.** | ) |

**<u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Pursuant to D. Kan. Rule 83.5.4., I move that Thomas Andrew Saenz be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

*[motion for leave continues on the next page]*

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this

motion.   I have verified that the information contained in the affidavit is true and accurate.

Dated this 1st day of July, 2026.

*/s/ Jessica Swonger*
Jessica Swonger (Kansas Bar No. 31215)
**AMERICAN CIVIL LIBERTIES UNION
OF KANSAS**
P.O. Box 13048
Overland Park, KS 66282
Telephone: (913) 314-2161
Email: jswonger@aclukansas.org

*Attorneys for Kansas Students for
Affordable Tuition*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing.

<u>*/s/ Jessica Swonger*</u>
Jessica Swonger