## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 5:26-cv-04066-HLT-BGS |
| | ) |
| v. | ) |
| | ) |
| STATE OF KANSAS, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| KANSAS STUDENTS FOR AFFORDABLE | ) |
| TUITION, | ) |
| | ) |
| Defendant-Intervenor. | ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.    My full name is: Thomas Andrew Saenz

2.    I practice under the following firm name or letterhead:

Name:    Mexican American Legal Defense and Educational Fund (MALDEF)

Address:    MALDEF

634 South Spring Street, 12th Floor

Los Angeles, CA 90014

Telephone Number:    (213) 629-2512

Fax:    (213) 629-0266

Email address:    tsaenz@maldef.org

3.  I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Title of Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Fourth Circuit | 11/8/2021 | n/a |
| U.S. Court of Appeals, Seventh Circuit | 5/26/2017 | n/a |
| U.S. Court of Appeals, Eighth Circuit | 7/29/2013 | n/a |
| U.S. Court of Appeals, Fifth Circuit | 1/30/2013 | n/a |
| U.S. Court of Appeals, Ninth Circuit | 1/23/1996 | n/a |
| U.S. Court of Appeals, Tenth Circuit | 11/13/2025 | n/a |
| U.S. District Court for the Central District of California | 6/20/1992 | 159430 |
| U.S. District Court for the Eastern District of California | 10/11/1994 | 159430 |
| U.S. District Court for the Northern District of California | 3/23/1995 | 159430 |
| U.S. District Court for the Southern District of California | 1/3/1997 | 159430 |
| U.S. District Court for the District of Colorado | 11/13/2024 | n/a |
| U.S. District Court for the Eastern District of Michigan | 5/6/2025 | n/a |
| Supreme Court of California | 6/19/1992 | 159430 |

4.  I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.  I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.  I am in good standing in all bars of which I am a member.

7.  No disciplinary or grievance proceedings have been previously filed against me.

8.      No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.      I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.     I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.   I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D. Kan. Rule 5.1, that the foregoing is true and correct to the best of my personal knowledge.

Executed on July 1, 2026 at Los Angeles California.


Respectfully submitted,                    **MEXICAN AMERICAN LEGAL DEFENSE
                                           AND EDUCATIONAL FUND**


                                           Thomas A. Saenz

                                           *Attorneys for Kansas Students for
                                           Affordable Tuition*