**IN THE DISTRICT COURT FOR**
**THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

    Plaintiff,

       v.

STATE OF KANSAS,

    Defendant.

Case No. 5:26-cv-04066

**MOTION TO DISMISS**

In accordance with this Court's June 25, 2026 Order and Federal Rule of Civil Procedure 24(c), Proposed Intervenor Governor Kelly files this motion respectfully asking the Court to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. A brief in support of this motion in accordance with Local Rule 7.1 is filed herewith.

(signatures on next page)

1

Respectfully submitted this 2nd day of July, 2026.

s/ Justin Whitten
Justin Whitten
Bar #28344
Attorney for Governor Kelly
Office of the Governor
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612
Phone: (785) 296-3930
Fax: (785) 296-7973
Email: Justin.h.whitten@ks.gov


s/ Ashley Stites-Hubbard
Ashley Stites-Hubbard
Bar #27629
Attorney for Governor Kelly
Office of the Governor
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612
Phone: (785) 581-44001
Fax: (785) 296-7973
Email: ashley.stiteshubbard@ks.gov

s/ Emily Depew
Emily Depew
Bar #30147
Attorney for Governor Kelly
Office of the Governor
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612
Phone: (785) 368-8763
Fax: (785) 296-7973
Email: Emily.Depew@ks.gov

2