**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF KANSAS,<br><br>Defendant,<br><br>and<br><br>KANSAS STUDENTS FOR AFFORDABLE TUITION,<br><br>Defendant-Intervenor. | Case No.: 5:26-cv-04066-HLT-BGS<br><br>**KANSAS STUDENTS FOR AFFORDABLE TUITION'S MOTION TO EXCEED PAGE LIMITATIONS** |

**KANSAS STUDENTS FOR AFFORDABLE TUITION'S MOTION TO EXCEED PAGE LIMITATIONS PURSUANT TO D. KAN. RULE 7.1(d)(4)**

Kansas Students for Affordable Tuition ("KanSAT"), by and through counsel, respectfully moves the Court pursuant to D. Kan. Rule 7.1(d)(4) for leave to file an extended reply brief in support of its Motion to Intervene, and states as follows:

1. D. Kan. Rule 7.1(d)(4) limits reply briefs to 5 pages absent leave of the Court. KanSAT respectfully requests leave to file a reply brief not to exceed 10 pages.
2. Good cause exists for the requested enlargement. The United States and the State of Kansas filed separate oppositions to KanSAT's motion to intervene. *See* Dkts. 16, 18. Although their arguments overlap in significant respects, each raises distinct legal arguments that KanSAT must address. Requiring KanSAT to respond to both briefs within the standard five-page limit would not permit meaningful treatment of those issues. Granting a modest enlargement will allow KanSAT to file a single, consolidated reply addressing the overlapping arguments rather than duplicative briefing and will assist the Court by presenting the issues in one organized submission.
3. This motion is filed at least three days before the deadline for filing KanSAT's reply brief, as required by D. Kan. Rule 7.1(d)(4).

WHEREFORE, KanSAT respectfully requests that the Court grant leave to file a combined brief in reply to both Defendant State of Kansas's Response in Opposition to Motion to Intervene and United States's Response in Opposition to Motion to Intervene not to exceed 10 pages.

Dated: July 23, 2026

Respectfully submitted,

/s/ Jessica Swonger
Staff Attorney
**American Civil Liberties Union Foundation of Kansas**
Jessica Swonger #31215
P.O. Box 13048
Overland Park, KS 66282
Phone: (913) 314-2161
Email: jswonger@aclukansas.org

/s/ Fernando Nuñez
Thomas A. Saenz (California Bar No. 159430)*
Fernando Nuñez (California Bar No. 327390)*
Luis L. Lozada (California Bar No. 344357)*
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Facsímile: (213) 629-0266
Email: tsaenz@maldef.org
fnunez@maldef.org
llozada@maldef.org

*Attorneys for Kansas Students for Affordable Tuition*

**Pro Hac Vice*