# United States District Court

**-------------------------- DISTRICT OF KANSAS---------------------------**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No: 5:26-cv-04066-HLT-BGS**

**STATE OF KANSAS,**

**Defendant.**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

The parties moved for entry of consent judgment. Doc. 3. The Court granted the motion by separate written order, which includes its analysis and reasoning. Accordingly, the Court hereby DECLARES that K.S.A. 76-731a is preempted by federal law, specifically 8 U.S.C. § 1623, and is invalid.

The Court therefore orders that the joint motion for judgment (Doc. 3) is GRANTED.

The Court also hereby PERMANENTLY ENJOINS the State of Kansas, as well as its officers, agents, servants, employees, and attorneys, and those in active concert or participation with them, from enforcing K.S.A. 76-731a.

The Court further orders that the motions to intervene (Docs. 4, 7) are DENIED AS FUTILE and the motion to dismiss (Doc. 11) is DENIED AS MOOT.

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

Dated: September 9, 2026

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by: *s/ Sarah Spegal*
Deputy Clerk