**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STATE OF KANSAS,

Defendant,

and

KANSAS STUDENTS FOR AFFORDABLE TUITION,

Defendant-Intervenor.

Case No.: 5:26-cv-04066-HLT-BGS

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Fernando Nuñez hereby withdraws as attorney of record for Kansas Students for Affordable Tuition ("KanSAT"). Mr. Nuñez is ending his employment with the Mexican American Legal Defense and Educational Fund (MALDEF). KanSAT will be fully and adequately represented by other counsel, including Thomas A. Saenz, Luis L. Lozada, and Jessica Swonger.

Dated: September 11, 2026

Respectfully submitted,

/s/ Jessica Swonger
Staff Attorney
**American Civil Liberties Union Foundation of Kansas**
Jessica Swonger #31215
P.O. Box 13048
Overland Park, KS 66282
Phone: (913) 314-2161
Email: jswonger@aclukansas.org

/s/ Fernando Nuñez
Thomas A. Saenz (California Bar No. 159430)*

Fernando Nuñez (California Bar No. 327390)*
Luis L. Lozada (California Bar No. 344357)*
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Facsímile: (213) 629-0266
Email: tsaenz@maldef.org
fnunez@maldef.org
llozada@maldef.org

*Attorneys for Kansas Students for Affordable Tuition*

**Pro Hac Vice*