**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STATE OF KANSAS,

Defendant,

and

KANSAS STUDENTS FOR AFFORDABLE TUITION,

Defendant-Intervenor.

Case No.: 5:26-cv-04066-HLT-BGS

**KANSAS STUDENTS FOR AFFORDABLE TUITION'S NOTICE OF APPEAL**

Kansas Students for Affordable Tuition ("KanSAT") gives notice that it appeals to the United States Court of Appeals for the Tenth Circuit from the Court's Order denying KanSAT's Motion to Intervene, entered in this action on September 9, 2026. *See* Dkt. 30.

Dated: September 18, 2026

Respectfully submitted,

___/s/ Luis L. Lozada___________
Thomas A. Saenz (California Bar No. 159430)*
Luis L. Lozada (California Bar No. 344357)*
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
llozada@maldef.org

**Pro Hac Vice granted*

___/s/ Jessica Swonger________
Jessica Swonger #31215
Staff Attorney
**American Civil Liberties Union Foundation of Kansas**
Jessica Swonger #31215
P.O. Box 13048
Overland Park, KS 66282
Phone: (913) 314-2161
jswonger@aclukansas.org

*Attorneys for Kansas Students for Affordable Tuition*