UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 21, 2026

Mr. Luis Leonardo Lozada
Fernando Nunez
Thomas Andrew Saenz
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, CA 90014

Jessica Swonger
14117 Fontana Street
Overland Park, KS 66224

**RE: 26-3201, United States v. Kansas, et al**
Dist/Ag docket: 5:26-CV-04066-HLT-BGS

Dear Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is above. Please note the following requirements, which must be completed **within 14 days:**

**APPELLANTS** must file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form.
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**APPELLEES** must file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form. Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.

**ALL PARTIES** must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements:

- **All entities represented by counsel** must file a disclosure statement per Federal Rule of Appellate Procedure 26.1(a).
- A disclosure statement must be filed even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Dwight Carswell
James Rodriguez
Jackson Story
Kurtis K. Wiard

CMW/ssb