**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 6, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STATE OF KANSAS,

Defendant - Appellee.

------------------------------

KANSAS STUDENTS FOR AFFORDABLE TUITION, a/k/a KanSAT,

Movant - Appellant.

Nos. 26-3201 & 26-3204
(D.C. No. 5:26-CV-04066-HLT-BGS)
(D. Kan.)

---

**ORDER**

---

These appeals are before the court upon the filing of the docketing statement in each respective appeal, as well as a review of the district court docket underlying each appeal.

In appeal no. 26-3201, the notice of appeal (ECF No. 34) indicates that appellant Kansas Students for Affordable Tuition ("KSAT") seeks to appeal the district court's denial of its motion to intervene. In appeal no. 26-3204, the notice of appeal (ECF No. 35) indicates that KSAT seeks to appeal the district court's final judgment.

Upon consideration, the court partially consolidates these appeals for procedural purposes, as more fully set forth below.

**<u>Filing and Captioning of Documents</u>**

All future documents filed in these procedurally-consolidated appeals—including all briefs and the consolidated appendix—shall be captioned for, and filed in, both appeals, unless good cause exists to file a document in only one of the appeals.

**<u>Appendix</u>**

KSAT shall file a single, consolidated appendix that contains all material necessary for this court's disposition of both appeals. *See* 10th Cir. R. 30 (requirements pertaining to appendices).

**<u>Briefing</u>**

Once the court has received notice from the district court that the record is complete for purposes of appeal in both appeals, the court will set a single due date for KSAT to file a single, consolidated opening brief. *See* 10th Cir. R. 31.3. The consolidated opening brief shall be subject to the type/volume limitations applicable to a single brief, *see* Fed. R. App. P. 32(a)(7), unless the court orders otherwise.

The appellees shall give thought to whether a single, consolidated response brief can be filed. Appellees are encouraged to file a single, consolidated response brief, to the extent practicable. Appellees are not, however, required to file a single, consolidated response brief. *See* 10th Cir. R. 31.3. Any such consolidated response brief would be subject to the type/volume limitations applicable to a single brief, *see* Fed. R. App. P. 32(a)(7), unless the court orders otherwise.

At the appropriate time, KSAT will have the option of filing a single, consolidated reply brief. *See* 10th Cir. R. 31.3(A) (only one reply brief permitted). Any such

consolidated reply brief shall be subject to the type/volume limitations applicable to a single brief, *see* Fed. R. App. P. 32(a)(7), unless the court orders otherwise.

**Argument and Decision**

Upon completion of briefing, both appeals will be submitted to the same panel of judges for decision. To the extent the court directs the parties to present oral argument in these appeals, both appeals will be set for oral argument on the same day and before the same panel of judges.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk